UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOHN ERICKSON, *et al.*,

           Plaintiffs,

   v.

JPMORGAN CHASE BANK NA, *et al.*,

           Defendants.

Case No. C23-1801 LK

ORDER DENYING PLAINTIFFS' APPLICATION TO PROCEED *IN FORMA PAUPERIS* ON APPEAL WITHOUT PREJUDICE

      Plaintiffs have filed an application to proceed *in forma pauperis* ("IFP") in their appeal of the district court's decision in the above-captioned case. (Dkt. # 89.) After careful consideration of the application, the governing law, and the balance of the record, the Court DENIES Plaintiffs' application to proceed IFP on appeal (dkt. # 89) without prejudice for failure to comply with Federal Rule of Appellate Procedure 24.

      Specifically, Rule 24(a)(1) states that a party who desires IFP status on appeal must file a motion in the district court, along with an affidavit, that "(a) shows in the detail prescribed by Form 4 of the Appendix of Forms the party's inability to pay or to give security for fees and costs; (b) claims an entitlement to redress; and (c) states the issues that the party intends to present on appeal." Fed. R. App. P. 24(a)(1). Plaintiffs' application fails to comply with these

requirements, as they mistakenly submitted the district court's IFP form instead of the financial affidavit approved for use by the Ninth Circuit Court of Appeals. Plaintiffs are advised that the correct financial affidavit is available on the Ninth Circuit's website under "Forms."[1]

Accordingly, Plaintiffs shall have until **May 17, 2024**, to submit an application to proceed IFP on appeal that complies with Federal Rule of Appellate Procedure 24. If Plaintiffs fail to submit a proper IFP application by that date, the Court will deny their application to proceed IFP on appeal with prejudice, and will direct the Clerk to so notify the Court of Appeals pursuant to Federal Rule of Appellate Procedure 24(a)(4)(A).

The Clerk is directed to send copies of this Order to the parties and to the Honorable Lauren J. King.

Dated this 16th day of April, 2024.

MICHELLE L. PETERSON
United States Magistrate Judge

---

[1] *See* United States Courts for the Ninth Circuit, http://www.ca9.uscourts.gov/forms/ (last visited April 16, 2024).

ORDER DENYING PLAINTIFFS' APPLICATION
TO PROCEED IN FORMA PAUPERIS ON
APPEAL WITHOUT PREJUDICE - 2