UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN ERICKSON, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> JPMORGAN CHASE BANK NA, *et al.*, <br><br> Defendants. | Case No. C23-1801 LK <br><br> REPORT AND RECOMMENDATION |

On April 15, 2024, Plaintiffs filed an application to proceed in forma pauperis ("IFP") in their appeal of the district court's decision in the above-captioned case, which was referred to the undersigned. (Dkt. # 89.) On April 16, 2024, the Court denied the application without prejudice for failure to comply with Federal Rule of Appellate Procedure ("Rule") 24. (Dkt. # 90.) Plaintiffs were directed to file an application that complied with Rule 24 by May 17, 2024, or their application would be denied with prejudice. (*Id.* at 2.) Plaintiffs have not done so. Accordingly, this Court recommends Plaintiffs' IFP application (dkt. # 89) be denied with prejudice and the Court of Appeals be notified pursuant to Rule 24(a)(4)(A). A proposed Order accompanies this Report and Recommendation.

REPORT AND RECOMMENDATION - 1

Objections to this Report and Recommendation must be filed with the Clerk and served upon all parties not later than **fourteen (14) days** from the date on which this Report and Recommendation is signed. Failure to file objections within the specified time may affect your right to appeal. Objections should be noted for consideration on the District Judge's motions calendar **fourteen (14) days** from the date they are filed. Responses to objections may be filed by **the day before the noting date**. If no timely objections are filed, the matter will be ready for consideration by the District Judge on **June 4, 2024**.

The Clerk is directed to send copies of this order to the parties and to the Honorable Lauren L. King.

Dated this 20th day of May, 2024.

MICHELLE L. PETERSON
United States Magistrate Judge